IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOTTIE DESHAEE RACY,
ADC #708533; and CINDY
RENEE GUY, ADC #711235                                 PLAINTIFFS

v.                    Case No. 5:11-cv-155-DPM

LEWIS, ADAMS, TYLER,
and BOLDEN                                                     DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 6*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own with one modification: the citation to *Twombly* should be to page 570. Racy and Guy's complaint is dismissed without prejudice. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 Aug. 2011