IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOTTIE DESHAEE RACY,
ADC #708533; and CINDY
RENEE GUY, ADC #711235 PLAINTIFFS

v. Case No. 5:11-cv-155-DPM

LEWIS, ADAMS, TYLER,
and BOLDEN DEFENDANTS

## JUDGMENT

Racy and Guy's complaint is dismissed without prejudice. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

2 Aug. 2011