# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DOTTIE DESHAEE RACY,
ADC #708533; and CINDY
RENEE GUY, ADC #711235**                                    **PLAINTIFFS**


v.                                    **Case No. 5:11-cv-155-DPM**


**LEWIS, ADAMS, TYLER,
and BOLDEN**                                                 **DEFENDANTS**

## ORDER

Guy's timely motion to reconsider and motion for more time to file objections, *Document Nos. 15 & 16*, are granted for good cause.  The Court vacates its earlier Order and Judgment, *Document Nos. 12 & 13*, and grants Guy until 9 September 2011 to file her objections to the proposed findings and recommendations.  Guy's request for an appointed lawyer, *Document No. 17*, is denied because neither the facts nor her claims are complex enough to justify an appointment.  *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

25 August 2011