IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOTTIE DESHAEE RACY,
ADC #708533; and CINDY
RENEE GUY, ADC #711235                                          PLAINTIFFS

v.                        Case No. 5:11-cv-155-DPM

LEWIS, ADAMS, TYLER,
and BOLDEN                                                       DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 6*, and Guy and Racy's later motion to amend, *Document No. 22*. The Court has conducted a *de novo* review; and the motion seems to acknowledge the force of Magistrate Judge Kearney's initial recommendation and tries to cure the defects in the original pleading. The Court therefore declines to adopt the proposal. The Court refers this case back to Judge Kearney to screen the amended complaint and make a recommendation on the pending motion to amend, *Document No. 22*.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2011