## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DOTTIE DESHAEE RACY,
ADC #708533; and CINDY
RENEE GUY, ADC #711235                                          PLAINTIFFS

v.                          No. 5:11-cv-155-DPM-JTK

LEWIS, Deputy, W.C. "Dub" Brassell
Detention Center; ADAMS, Captain,
W.C. "Dub" Brassell Detention Center;
TYLER, Major, W.C. "Dub" Brassell
Detention Center; and BOLDEN,
Chief, W.C. "Dub" Brassell Detention Center                    DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's

Proposed Findings and Recommendations, *Document No. 25*, and Guy's

objections, *Document Nos. 27 & 28*.  The Court appreciates Guy's correction

regarding the Plaintiffs' names.  Having conducted a *de novo* review of the

record, the Court adopts Magistrate Judge Kearney's proposal as its own as

corrected on the names.  FED. R. CIV. P. 72(b).  Plaintiffs' motion to amend,

*Document No. 22*, is granted in part and denied in part.  The Plaintiffs may

proceed with the Due Process claim against Defendants Tyler and Adams and

the retaliation claim against Adams.   The motion is denied in all other respects; and all other Defendants are dismissed.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_9 November 2011_