**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DOTTIE DESHAEE RACY,
ADC #708533, et al.                                                                                    PLAINTIFFS

v.                                        5:11-cv-00155-DPM-JTK

DEPUTY LEWIS, et al.                                                                                   DEFENDANTS

## ORDER

On December 19, 2011, a copy of the December 8, 2011 Scheduling Order which was mailed to Plaintiff Racy at her last-known address, was returned to sender (Doc. No. 39).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed her address, this Order will be sent to her last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Dottie Deshaee Racy shall notify this Court of her current address and her intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in Plaintiff Racy's dismissal from this case.

IT IS SO ORDERED this 21st day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE