**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DOTTIE DESHAEE RACY, ADC #708533,                                              PLAINTIFFS
and CINDY RENEE GUY, ADC #711235

v.                              5:11-cv-00155-DPM-JTK

DEPUTY LEWIS, et al.                                                            DEFENDANTS

### **ORDER**

Plaintiff Dottie DeShaee Racy shall respond to Defendants' Motion to Compel (Doc. No. 52) within ten days of the date of this Order. Failure to file a Response shall result in Racy's dismissal from this action, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 4th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE