# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CINDY RENEE GUY,
ADC #711235                                                                                             PLAINTIFF

v.                                           5:11-cv-00155-JTK

DEPUTY LEWIS, et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No. 58). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motion for Summary Judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE